THE STATE OF SOUTH CAROLINA

THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
The State,       
Respondent,
 
 
 

v.

 
 
 
Dewayne Williams,       
Appellant.
 
 
 

Appeal From York County
John C. Hayes, III, Circuit Court Judge

Unpublished Opinion No. 2003-UP-609
Submitted August 20, 2003  Filed October 
 20, 2003   

APPEAL DISMISSED

 
 
 
Assistant Appellate Defender Tara S. Taggart, of Columbia, for Appellant
Legal Counsel Tommy Evans, Jr.; Legal Counsel J. Benjamin Aplin, of Columbia, 
 for Respondent.
 
 
 

 PER CURIAM:  Dewayne Williams 
 appeals the revocation of his probationary sentence.  In December 1997, he pled 
 guilty to third degree burglary, second offense.  The trial judge sentenced 
 Williams to ten years imprisonment, suspended upon the service of two years 
 and five years probation.  The judge revoked Williams probation in full in 
 August 2002 due to violations.
Pursuant to Anders v. California, 
 386 U.S. 738 (1967), counsel for Williams attached to the final brief a petition 
 to be relieved as counsel, stating she had reviewed the record and concluded 
 Williams appeal is without legal merit sufficient to warrant a new trial.  
 Williams did not file a separate pro se response.
After a thorough review of the record 
 pursuant to Anders and State v. Williams, 305 S.C. 116, 406 S.E.2d 
 357 (1991), we dismiss the appeal and grant counsels petition to be relieved.
 APPEAL DISMISSED.
 HEARN, C.J., CONNOR and ANDERSON, 
 JJ., concur.